**CAPLAN VALENTI & MURRAY, PC**
Darryl S. Caplan, Esquire (ID #46870)
10000 Midlantic Drive, Suite 330W
Mount Laurel, NJ 08054
(856)778-4002
(856)778-4008 fax
Attorneys for Plaintiff, Richard Geiger

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD E. GEIGER,<br><br>    Plaintiff<br><br>vs.<br><br>TIRE VISIONS, INC., JOHN HOBOR and JEREMY HOBOR,<br><br>    Defendants. | Civil Action No. 3:11-CV-161<br><br>**STIPULATION OF DISMISSAL AS TO ALL PARTIES WITHOUT PREJUDICE** |

We the attorneys for the respective parties, do hereby stipulate that this matter be and it is hereby dismissed without costs against any party, without prejudice, and that the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

CAPLAN VALENTI & MURRAY, PC
Attorneys for Plaintiff

By /s/ Darryl S. Caplan
    DARRYL S. CAPLAN (ID #46870)

/s/ Russell J. Heiple
RUSSELL J. HEIPLE (ID #15117)
Attorney for Defendants

AND now this 13th day of April, 2012, IT IS SO ORDERED.

_____
KIM GIBSON, US DISTRICT JUDGE